### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | |
| MICHAEL JOHN MOHR ) | Bk. No. 17-13915-JDL |
| CHRYSTAL RENE MOHR ) | Chapter 7 |
| ) | |
| Debtor (s) ) | |

### STATEMENT OF INTENTION FOR INDIVIDUALS

The Debtors in the above styled case, requests the following to be made to their Chapter 7 bankruptcy case.

1) Statement of Intention for Individuals filing Under Chapter 7 Official Form 108

DATED: January 31, 2019

/s/ Michael John Mohr
_____
MICHAEL JOHN MOHR

/s/ Chrystal John Mohr
_____
CHRYSTAL RENE MOHR

/s/ Kenneth L. Spears
_____
Kenneth L. Spears, OBA #8484
210 N.W. 10th Street
PO Box 687
Oklahoma City, Oklahoma 73101
(405) 236-1503
(405) 236-5818 fax
klspears@coxinet.net
Counsel for Debtors