**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 17-13915   JDL   Judge: Janice D. Loyd | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | MOHR, MICHAEL JOHN | Date Filed (f) or Converted (c): | 11/29/18 (c) |
|  | MOHR, CHRYSTAL RENE | 341(a) Meeting Date: | 01/02/19 |
| For Period Ending: 02/05/19 |  | Claims Bar Date: |  |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, Lot Six (6), Block One (1), o | 425,500.00 | 0.00 |  | 0.00 | FA |
| 2. 2011 Chevrolet Silverado 1500 mileage: 183000 | 3,500.00 | 0.00 |  | 0.00 | FA |
| 3. 2007 Ford F-150 (Belong's to son) mileage: 150000 | 3,000.00 | 0.00 |  | 0.00 | FA |
| 4. 2011 Toyota 4Runner mileage: 130000 | 10,000.00 | 0.00 |  | 0.00 | FA |
| 5. Household Furniture | 5,000.00 | 0.00 |  | 0.00 | FA |
| 6. Computer, Televisions, Cell Phones | 1,000.00 | 0.00 |  | 0.00 | FA |
| 7. Personal Clothing | 1,500.00 | 0.00 |  | 0.00 | FA |
| 8. Wedding Bands | 500.00 | 0.00 |  | 0.00 | FA |
| 9. Three Dogs | 0.00 | 0.00 |  | 0.00 | FA |
| 10. Tinker Federal Credit Union | 1,000.00 | 0.00 |  | 0.00 | FA |
| 11. Tinker Federal Credit Union | 5.00 | 5.00 |  | 0.00 | FA |
| 12. Lincoln Financial, Beneficiary: Mike | 250,000.00 | 0.00 |  | 0.00 | FA |
| 13. Lincoln Financial, Beneficiary: Chrystal | 250,000.00 | 0.00 |  | 0.00 | FA |
| 14. POST PETITION RENEWAL INS COMM (u) | 0.00 | 6,000.00 |  | 0.00 | 6,000.00 |
| TOTALS (Excluding Unknown Values) | $951,005.00 | $6,005.00 |  | $0.00 | Value of Remaining Assets $6,000.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

February 05, 2019, 01:37 pm ASSET DUE TO POST PETITION INSURANCE RENEWALS,
January 24, 2019, 10:12 am POSSIBLE ASSET DUE TO POST PETITION INSURANCE RENEWALS, AMENDED 2017 RETURN AND FORD F-150.
January 24, 2019, 10:13 am SENT TAX LETTER THIS SAME DATE. TRUSTEE TO DETERMINE IF ASSET CASE OR NOT. REQUESTED PHOTOS OF THE 2007 FORD F-150

Initial Projected Date of Final Report (TFR): 12/31/20    Current Projected Date of Final Report (TFR): 12/31/20

PFORM1                                                                                                                                              Ver: 21.00a